IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| EDUARDO A. GRIFFITH III, | § | |
| | § | No. 266, 2024 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 2002007435 (S) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: February 10, 2025
Decided:     March 5, 2025

## **ORDER**

On January 14, 2025, the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief by the filing deadline of December 26, 2024. Postal records show that the notice to show cause was delivered to the address provided by the appellant before January 29, 2025. A timely response to the notice to show cause was due by February 10, 2025. To date, the appellant has not filed an opening brief or responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal be DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice